DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
BLAINE T. WELSH
Assistant United States Attorney
Chief, Civil Division
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CHAVEZ, | No. 2:15-cv-01563-JAD-NJK |
| Plaintiff, | **MOTION FOR EXTENSION OF TIME** (***FIRST REQUEST***) |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

     Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") through her undersigned counsel of record respectfully requests that the Court extend the time for Defendant to file her Answer, due on January 4, 2016, by 30 days, through and including February 3, 2016.

-1-

Defendant requests an extension of time because the Commissioner is still in the process of finalizing the administrative transcript in this case.[1]

Dated: January 4, 2015

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/____*Lara A. Bradt*_____

LARA A. BRADT
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated _January 5, 2016_____

By: _____

HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for Defendant attempted to confer with counsel for Plaintiff by e-mail today but has not yet received a response.

-2-